UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| STORM TEAM CONSTRUCTION, INC., | : | |
| | : | |
| Plaintiff, | : | PLAINTIFF'S NOTICE OF |
| | : | DISMISSAL OF COMPLAINT |
| v. | : | |
| | : | |
| OWNERS INSURANCE COMPANY | : | CIVIL ACTION NO. 6:21-CV-02679 |
| D/B/A AUTO-OWNERS INSURANCE | : | |
| GROUP | : | |
| | : | |
| Defendant. | : | |
| | : | |

Plaintiff Storm Team Construction Inc., pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the complaint against Defendant Owners Insurance Company ("Owners") without prejudice.

Plaintiff is dismissing this action because it has discovered that Owners filed a separate, previous suit against Storm Team regarding the same issues. Owners obtained a default judgment after Storm Team failed to make an appearance due to Owners' failure to properly serve them. Therefore, Storm Team will file a Motion to Set Aside the Default Judgment and continue the litigation in that matter.

Defendant Owners has filed neither an answer to the complaint nor a motion for summary judgment as to these claim. Dismissal under Rule 41(a)(1) is therefore appropriate.

Respectfully Submitted,

1

**BOYLE LEONARD ANDERSON, P.A.**

BY  _/s/ Laura F. Locklair_____
 Laura F. Locklair
 28 Hasell Street
 Chas., South Carolina 27612
 Telephone: (843) 576-4141
 Email:  llocklair@insurance-counsel.com

**DALY & BLACK, P.C.**

 Richard D. Daly, TX Bar #00796429
 (Pro Hac Vice To Be Filed)
 Kyle P. Malone TX Bar # 24102128
 (Pro Hac Vice To Be Filed)
 2211 Norfolk St., Suite 800
 Houston, Texas 77098
 Telephone: (713) 655-1405
 Facsimile:  (713) 655-1587
 Email: rdaly@dalyblack.com
 Email: kmalone@dalyblack.com

**ATTORNEYS FOR STORM TEAM**

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2021, a true and correct copy of the forgoing was served on all counsel of record by the Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

Michelle N. Endemann
James P. Walsh
**CLARKSON, WALSH, & COULTER, P.A.**
497 St. Andrews Boulevard
Charleston, SC 29407
Telephone: (843) 936-5043
mendemann@clarksonwalsh.com
jwalsh@clarksonwalsh.com
**ATTORNEYS FOR DEFENDANT**

_/s/ Laura F. Locklair_____
Laura F. Locklair

2